UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JANE DOE,                                          :
                                                   :
                              Plaintiff,           :
                                                   :                    25 Civ. 3365 (JPC)
              -v-                                   :
                                                   :                    ORDER
KRISTI NOEM, *et al.*,                             :
                                                   :
                              Defendants.          :
                                                   :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff Jane Doe filed the Complaint in this action under a pseudonym.  *See* Dkt. 1.

Federal Rule of Civil Procedure 10 requires that "[t]he title of the complaint must name all the

parties."  Fed. R. Civ. P. 10(a).  Accordingly, Plaintiff may not proceed pseudonymously unless

she first seeks and receives permission from this Court to do so.  *See Sealed Plaintiff v. Sealed

Defendant*, 537 F.3d 185, 189 (2d Cir. 2008).  If Plaintiff does not file a motion seeking leave to

appear by pseudonym by May 2, 2025, the Court will dismiss the Complaint without prejudice and

without further notice.

      SO ORDERED.

Dated: April 28, 2025
      New York, New York                    _____
                                                        JOHN P. CRONAN
                                                     United States District Judge